No. 95–7620. CLAUDIO ET AL. *v.* SNYDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7623. FIELDS *v.* CARNAHAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–7626. HILL *v.* SCHROUBROEK ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7635. COOPER *v.* MALONE ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–7638. BENNETT *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 95–7639. COLBERT *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–7642. SIMPSON *v.* CRISTINO RIVERA MINING CO. ET AL. Ct. App. N. M. Certiorari denied.

No. 95–7647. SOBIN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–7649. WALKER *v.* IOWA. Dist. Ct. Iowa, Story County. Certiorari denied.

No. 95–7650. PLATZER *v.* BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 95–7655. HINKLE ET AL. *v.* JANKLOW, GOVERNOR OF SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 95–7656. JONES *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–7657. BATISTA *v.* BUFFALO POLICE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–7658. RAMEY *v.* ASHLAND OIL, INC. Cir. Ct. Cabell County, W. Va. Certiorari denied.

No. 95–7662. MARTIN *v.* HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.